# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>JOHNNY RAY WHITE,<br><br>      Defendant. | Case No. 04-CR-119-JPS<br><br>**ORDER** |

   In 2005, Defendant was sentenced to over twelve years imprisonment, to be followed by five years of supervised release, for armed bank robbery. (Docket #35). He is currently serving the term of supervised release and is scheduled to complete that term in January 2020. On May 25, 2017, Defendant submitted a request for early termination of his supervised release. Defendant is eligible for such termination. *See* 18 U.S.C. § 3583(e). However, in light of the seriousness of his conviction, and the lack of undue harm to Defendant caused by his supervision, the Court concludes that early termination is inappropriate. The Court believes that its original sentence remains appropriate and must, therefore, deny Defendant's request.

   Accordingly,

   **IT IS ORDERED** that Defendant's request for early termination of his supervised release be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 12th day of June, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge